IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN DOBROWSKI, AMY OSBORNE,

    Plaintiffs,

v.                                       CASE NO. 1:11-cv-00179-MP-GRJ

ALLSTATE INDEMNITY COMPANY,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 11, Motion to Reschedule Remand Hearing by Allstate Indemnity Company.  Defendant requests that the remand hearing be scheduled for another date and time due to a preexisting scheduling conflict.  Plaintiff has no objection to defendant's requested relief of rescheduling the hearing.  Both parties have stated that they are available on November 30, 2011.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Defendant's motion to reschedule remand hearing, Doc. 11, is GRANTED.

2. The remand hearing is CONTINUED until Wednesday, November 30, 2011 at 1:00 p.m.

**DONE AND ORDERED** this  _11th_ day of October, 2011

                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge