IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN DOBROWSKI and
AMY OSBORNE,

    Plaintiffs,

v.                      CASE NO. 1:11cv179-MP-GRJ

ALLSTATE INDEMNITY COMPANY,

    Defendant.

_____/

## O R D E R

    This matter is before the court on Plaintiffs' Motion to Vacate Dismissal and Reinstate Suit. (Doc. 54). On June 27, 2012, the court entered an order dismissing this case pursuant to the parties' notice of settlement. The plaintiffs now state that they do not agree with the settlement negotiated by counsel and want to proceed with the litigation.

    Accordingly, it is now **ORDERED**:

    1.    Plaintiffs' motion to vacate dismissal and reinstate suit (doc. 54) is GRANTED.

    2.    The order of dismissal (doc. 53) is VACATED and this case is reinstated.

    3.    The clerk is directed to reactivate defendant's Motion for Summary Judgment (doc. 33) for the court's consideration.

    **DONE and ORDERED** this 24th day of August, 2012.

                                    s/ *M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **CHIEF UNITED STATES DISTRICT JUDGE**